Paul Sachelari, CSBN 230083
Law Office of Paul Sachelari, PC
6114 La Salle Ave, #412
Oakland, CA 94611
Tel/Fax: (510) 788-5540
Email: paul@sachelarilaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BRIAN HOUSTON, | Civil No. 25-cv-09642-TSH |
| Plaintiff, | STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; [PROPOSED] ORDER |
| vs. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of $10,000.00, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Plaintiff's counsel, Paul Sachelari, pursuant to the assignment executed by Plaintiff.

Payments may be made by electronic funds transfer (EFT) or by check.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Paul Sachelari, including the Law Office of Paul Sachelari, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Paul Sachelari to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: March 20, 2026                    Law Office of Paul Sachelari, PC

                              By:    */s/ Paul Sachelari*
                                     PAUL SACHELARI
                                     Attorney for Plaintiff


Dated: March 20, 2026                    CRAIG H. MISSAKIAN
                                     United States Attorney

                              By:    *Michael K. Marriott* *
                                     MICHAEL K. MARRIOTT
                                     Special Assistant U.S. Attorney
                                     Attorneys for Defendant
                                     (*Permission to use electronic signature
                                     obtained via email on March 20, 2026).[1]

---

[1] In accordance with Civil Local Rule 5-1(i)(3), I, Paul Sachelari, attest that I have obtained concurrence in the filing of this document from all other signatories listed here

Stipulation for EAJA Fees                    Page 2                    Case No. 25-cv-09642-TSH

## [~~PROPOSED~~] ORDER

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $10,000.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: March 20, 2026

_____
HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE